```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 07027
    GREGORY LINDSEY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-5473

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/24/2008 and was confirmed 05/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED         3540.00          .00            .00
EAST WEST BANK             UNSECURED        NOT FILED         .00            .00
ILLINOIS STATE TOLL HIGH   UNSECURED        NOT FILED         .00            .00
TCF BANK                   UNSECURED        NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,474.00                      368.00
TOM VAUGHN                 TRUSTEE                                          32.00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  400.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                   368.00
TRUSTEE COMPENSATION                              32.00
DEBTOR REFUND                                      .00
                     ---------------        ---------------
TOTALS                   400.00                  400.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 07027 GREGORY LINDSEY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 03/05/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```